UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAKE UNION DRYDOCK COMPANY, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. C05-2146RSL

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF LAKE UNION DRYDOCK COMPANY, INC. , and on behalf of DEFENDANT UNITED STATES OF AMERICA in the amount of $6,496.10  as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  SERVICE FEES | $46.85 | 0 | $46.85 |
| II. DEPOSITION COSTS | $18,920.56 | $13,573.91 | $5,346.65 |

Clerk allowed costs for those depositions actually used by either party in lieu of live testimony or to impeach.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III.  COPY COSTS | $2,756.5 | $1,653.91 | $1,102.60 |

Clerk allows copying costs incurred for materials actually used by counsel at trial or submitted in support of or in opposition to motions presented to the court. The clerk determined that 40% of the total costs requested represents those expenses incurred for copying of materials actually used.

Dated this ___19th___ day of NOVEMBER, 2007 .

*[signature]*

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2